IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

TERRELL KING,

    Defendant.

CASE NO.: 4:25-cr-56-17

**O R D E R**

The Court **DENIES** the United States' Motion for Stay, Review, and Revocation of Order Setting Conditions of Release, (doc. 106), and **GRANTS** Defendant Terrell King's Motion for Release, (doc. 191).  Having conducted a de novo review of the entire record, the Court determines that the conditions set forth by Magistrate Judge Brianna Fuller Mircheff's Release Order in the district of Defendant's arrest—the Central District of California——are sufficient to ensure Defendant's presence at all future proceedings in this Court and to protect the public.

The Court has conducted "a careful review of the pleadings and the evidence developed at [Judge Mircheff's] detention hearing, . . . [and] determine[d] that [Judge Mircheff's] factual findings are supported and that [Judge Mircheff's] legal conclusions are correct."  United States v. King, 849 F.2d 485, 490 (11th Cir. 1988).  Therefore, the Court explicitly adopts Judge Mircheff's order setting Defendant's conditions of release.  (Doc. 166, pp. 5—11.)  "Adoption of [Judge Mircheff's] order obviates the need for [this Court] to prepare its own written findings of fact and statement of reasons supporting pretrial [release]."  King, 849 F.2d at 490.

There is no need to stay this Court's Order of release given that the Court will not hold a hearing on the parties' instant motions.  The Clerk is **DIRECTED** to ensure the United States Marshal Service in the Central District of California receives a copy of this Order in an expedited

fashion, and the Marshal Service shall ensure that Defendant's release is processed without delay. Defendant shall remain in contact with his appointed counsel in this District and shall be responsible for attending all appearances in this Court.

**SO ORDERED**, this 29th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA